UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE GRAND JURY SUBPOENA GJ2020111968168 AND APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. § 2705(B) | SC No. 21-sc-3082 |

**UNITED STATES' NOTICE OF FILING**

The United States of America, by and through its undersigned counsel, respectfully submits this Notice of Filing.

In Minute Orders dated May 16 and May 18, 2021, the Court ordered that certain items in the docket be unsealed, and that the United States file a public version of its March 19, 2021, memorandum in opposition (Dkt No. 4) by May 19, 2021. The United States' memorandum in opposition, filed on March 19, 2021 (Dkt No. 4), is attached as Exhibit A.[1]

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING U.S. ATTORNEY
D.C. BAR NO. 415793

Date: May 18, 2021

By: /s/ Michael J. Friedman
Michael J. Friedman
Assistant United States Attorney
NY Bar Number 4297461
United States Attorney's Office
555 Fourth Street, N.W., Room #11-439
Washington, D.C.  20530
Telephone: 202-252-6765
Email: Michael.Friedman@usdoj.gov

---

[1] The Minute Orders allowed the United States to redact the name and contact information of the government attorney, but that information has already been unsealed and is available in the public record.