# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE GRAND JURY SUBPOENA GJ2020111968168 AND APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. § 2705(B) | SC No. 21-sc-3082<br><br>**Filed Under Seal** |

## UNITED STATES' MEMORANDUM IN OPPOSITION

The United States of America, by and through its undersigned counsel, respectfully submits under seal this memorandum in opposition to Twitter, Inc.'s motion to quash grand jury subpoena and to vacate nondisclosure order.

On March 17, 2021, counsel for the United States informed counsel for Twitter, Inc. that the grand jury subpoena at issue is withdrawn. The term of the nondisclosure order has ended. As there is no dispute between the parties, Twitter, Inc.'s motion should be denied as moot.

.

                                          Respectfully submitted,

                                          CHANNING D. PHILLIPS
                                          ACTING U.S. ATTORNEY
                                          D.C. BAR NO. 415793

Date: March 19, 2021                    By: /s/ Michael J. Friedman
                                                    Michael J. Friedman
                                                    Assistant United States Attorney
                                                    NY Bar Number 4297461
                                                   United States Attorney's Office
                                                   555 Fourth Street, N.W., Room #11-439
                                                   Washington, D.C. 20530
                                                   Telephone: 202-252-6765
                                                   Email: Michael.Friedman@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE GRAND JURY SUBPOENA GJ2020111968168 AND APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. § 2705(B) | SC No. 21-sc-3082<br><br>**Filed Under Seal** |

## PROPOSED ORDER

Having considered the motion to quash subpoena and tO vacate nondisclosure order filed by Twitter, Inc., as well as the memorandum in opposition filed by the United States, it is hereby **ORDERED** that the motion be, and hereby is, **DENIED AS MOOT**.

**IT IS SO ORDERED**.

_____
HON. BERYL A. HOWELL
CHIEF JUDGE

2