UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE GRAND JURY SUBPOENA GJ2020111968168 AND APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. § 2705(B)<br><br>Twitter Account: @NunesAlt | SC NO. 1:20-sc-03082 |

**TWITTER, INC.'S NOTICE OF FILING**

In a Minute Order dated May 18, 2021, the Court ordered that Twitter, Inc. ("Twitter") file a public, redacted version of its Motion to Quash Subpoena and Vacate Nondisclosure Order (Dkt No. 3) and the declaration and exhibits attached thereto. Accordingly, a redacted version of Twitter's Motion and the declaration and exhibits attached thereto is attached as Exhibit A.

Dated: May 18, 2021

Respectfully submitted,

By: */s/ John K. Roche*
John K. Roche (D.C. Bar. No. 491112)
PERKINS COIE LLP
700 13th St., N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: 202-434-1627
Facsimile: 202-654-6211
JRoche@perkinscoie.com

Attorneys for Twitter, Inc.